Jose Antonio DEL CID–MAZARIEGOS,
Petitioner,

v.

Eric H. HOLDER Jr., Attorney
General, Respondent.

No. 07–74470.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 11, 2010.*

Filed Jan. 21, 2010.

Jose Antonio Del Cid–Mazariegos, San
Pablo, CA, pro se.

OIL, Monica Antoun, Esquire, Carl
Henry McIntyre, Jr., Assistant Director,
DOJ–U.S. Department of Justice, Wash-
ington, DC, Ronald E. Lefevre, Office of
the District Counsel Department of Home-
land Security, San Francisco, CA, for Re-
spondent.

Before: BEEZER, TROTT, and
BYBEE, Circuit Judges.

## MEMORANDUM **

Jose Antonio Del Cid–Mazariegos, a na-
tive and citizen of Guatemala, petitions pro
se for review of the Board of Immigration
Appeals order dismissing his appeal from
an immigration judge's decision denying
his application for asylum, withholding of
removal, and relief under the Convention
Against Torture ("CAT"). Our jurisdiction
is governed by 8 U.S.C. § 1252. We re-
view de novo questions of law, *Cerezo v.
Mukasey,* 512 F.3d 1163, 1166 (9th Cir.
2008), except to the extent that deference
is owed to the BIA's determination of the
governing statutes and regulations, *Simeo-
nov v. Ashcroft,* 371 F.3d 532, 535 (9th
Cir.2004). We review factual findings for
substantial evidence. *Zehatye v. Gonzales,*

---

* The panel unanimously concludes this case is
suitable for decision without oral argument.
*See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.

453 F.3d 1182, 1184–85 (9th Cir.2006). We deny in part and dismiss in part the petition for review.

■ We reject Del Cid–Mazariegos' claim that he is eligible for asylum and withholding of removal based on his membership in a particular social group, namely, Guatemalan males who refuse to join gangs, or based on his anti-gang political opinion. *See Santos–Lemus v. Mukasey,* 542 F.3d 738, 745–46 (9th Cir.2008) (rejecting as a particular social group "young men in El Salvador resisting gang violence") (internal quotation omitted); *Barrios v. Holder,* 581 F.3d 849, 854–56 (9th Cir.2009) (refusal to join a gang does not amount to political opinion.)

Accordingly, because Del Cid–Mazariegos failed to demonstrate that he was persecuted on account of a protected ground, we deny the petition as to his asylum and withholding of removal claims. *See id.* at 856.

■ We lack jurisdiction to consider Del Cid–Mazariegos' CAT claim because he did not exhaust it before the agency. *See Barron v. Ashcroft,* 358 F.3d 674, 677–78 (9th Cir.2004).

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**